1 | **KAUFMAN DOLOWICH & VOLUCK LLP**
2 | Allyson K. Thompson (SBN 235933)
  | Email: athompson@kdvlaw.com
3 | Michelle E. Korol (SBN 347546)
  | Email: michelle.korol@kdvlaw.com
4 | 21515 Hawthorne Blvd., Suite 450
5 | Torrance, CA 90503-6531
  | Telephone: (310) 540-2000
6 | Facsimile: (310) 575-9720

FILED
CLERK, U.S. DISTRICT COURT
2-23-2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PG____ DEPUTY

Attorneys for Defendants
EVENT MEDIC NY INC; JEFF SAPERSTEIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESME MUNOZ, an individual and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EVENT MEDIC NY INC.; JEFF SAPERSTEIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____<br>EVENT MEDIC NY INC.; JEFF SAPERSTEIN, an individual.<br><br>Third Party Plaintiffs<br><br>vs.<br><br>CAPRI HOLDINGS LIMITED.<br><br>Third Party Defendants | Case No. 2-22-cv-02294-SPG-MAA<br><br>[Assigned for All Purposes to the Honorable Sherilyn Peace Garnett Courtroom 5C]<br><br>**THIRD-PARTY PLAINTIFFS EVENT MEDIC NY INC.'S AND JEFF SAPERSTEIN'S THIRD PARTY COMPLAINT AGAINST CAPRI HOLDINGS LIMITED**<br><br>Complaint Filed: March 1, 2022<br>Trial Date:    Not Yet Set |

Third Party Plaintiffs EVENT MEDIC NY INC and JEFF SAPERSTEIN, by their undersigned counsel, for their complaint against Third Party Defendant CAPRI HOLDINGS, LIMITED alleges as follows:

## PARTIES

1. Third party plaintiff EVENT MEDIC NY INC (hereinafter "Event Medic") is a corporation organized and existing under the laws of the State of New York, with its principal place of business in New York.  Event Medic is a provider of emergency care physicians, paramedics, EMT's, nurses, and water safety personnel.  Third party plaintiff JEFF SAPERSTEIN is an individual, with a principal place of residence in the State of New York.  He is the owner of Event Medic.

2. Third Party Plaintiffs are informed and believe, and based thereon allege, Plaintiff ESME MUNOZ (hereinafter "Plaintiff" or "Munoz") is an individual with a principal place of residence in the County of Ventura in the State of California, and at all relevant times was engaged in providing EMT and Covid-screening services for third parties, namely third party defendant CAPRI HOLDINGS LIMITED.

3. Third Party Plaintiffs are informed and believe, and based thereon allege, third party defendant CAPRI HOLDINGS LIMITED (hereinafter "Third Party Defendant" or "Capri"), formerly Michael Kors Holdings Limited, is a multinational fashion holding company, incorporated in the British Virgin Islands, with a principal place of business in the state of New York.

## JURISDICTION AND VENUE

4. This is a third party action for contribution and indemnification brought under Rule 14 of the Federal Rules of Civil Procedure. This Court has supplemental jurisdiction over this third party complaint pursuant to 28 U.S.C. § 1367.

5. Venue is proper in this district because these claims are supplemental to the plaintiffs' original claims.  Venue is also appropriate pursuant to 28 U.S.C. §

1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this district, and Third Party Plaintiffs are informed and believe, and based thereon allege, that Capri's principal place of business is in this district.

## BACKGROUND

6. Between July 2019 and November 2021, Plaintiff was placed by Event Medic to perform EMT services and/or Covid screening services for third-party companies, namely Capri.

7. Upon information and belief, between August 2020 and November 2021, Plaintiff performed EMT services and/or Covid screening services for Capri.

8. Upon information and belief, Capri maintained total control over the worksite, including hours worked, locations to be stationed at, all work conditions, timekeeping, meal and rest breaks, and classification, among other aspects of Plaintiff's employment.

9. Third Party Plaintiffs had absolutely no control over Plaintiff's time spent on site, including the working conditions, classification, breaks, working hours, including overtime or execution of her job duties.  Plaintiff Munoz would report to Event Medic what hours she worked, and Event Medic would issue payment.  Capri was a direct beneficiary of Plaintiff Munoz's execution of her job duties.

10. Plaintiff never performed any work directly for Third Party Plaintiffs.

11. In March 2022, Plaintiff brought this action against Third Party Plaintiffs for alleged misclassification and unpaid overtime in violation of California Labor Code §§ 226.8, 558 and 1194, among other claims.  Plaintiff did not name Capri as a defendant.

///
///
///

## FIRST CAUSE OF ACTION

(Contribution)

12. Third Party Plaintiffs repeat and reallege paragraphs 8 through 11 hereof, as if fully set forth herein.

13. If Plaintiff sustained the damages alleged in the Complaint in the manner and at the time and place alleged through any carelessness, recklessness, negligence or intention acts or commissions or omissions other than her own, then said damages were sustained in whole or in part by reason of the carelessness, recklessness, negligence, or intentional acts or commission or omissions on the part of the Third Party Defendant Capri.

14. If any judgment is recovered against Third Party Plaintiffs by Plaintiff, the Third Party Plaintiffs would be damaged thereby and would be entitled to contribution on the basis of apportionment of responsibility for Plaintiff's alleged damages and entitled to judgment over and against Third Party Defendant Capri for all or part of any verdict, judgment, or settlement that Plaintiff may recover against Third Party Plaintiffs, together with costs, disbursements and attorneys' fees for this action, plus interest.

## SECOND CAUSE OF ACTION

(Indemnification)

15. Third Party Plaintiffs repeat and reallege paragraphs 8 through 11 hereof, as if fully set forth herein.

16. If Plaintiff sustained the damages alleged in the Complaint in the manner and at the time and place alleged through any carelessness, recklessness, negligence or intention acts or commissions or omissions other than her own, then said damages were sustained in whole or in part by reason of the carelessness, recklessness, negligence, or intentional acts or commission or omissions on the part of the Third Party Defendant Capri.

17. If any judgment is recovered against Third Party Plaintiffs by Plaintiff, the Third Party Plaintiffs would be damaged thereby and would be entitled to indemnification on the basis of apportionment of responsibility for Plaintiff's alleged damages and entitled to judgment over and against Third Party Defendant Capri for all or part of any verdict, judgment, or settlement that Plaintiff may recover against Third Party Plaintiffs, together with costs, disbursements and attorneys' fees for this action, plus interest.

## **PRAYER FOR RELIEF**

WHEREFORE, third party plaintiffs EVENT MEDIC NY INC and JEFF SAPERSTEIN respectfully request that the Court enter judgment as follows:

A. For contribution on the basis of apportionment of responsibility as against Third Party Defendant Capri for any verdict, judgment, or settlement that Plaintiff may recover against Third Party Plaintiffs, together with costs, disbursements and attorney's fees for this action, plus interest.

B. For indemnification on the basis of apportionment of responsibility as against Third Party Defendant Capri for any verdict, judgment, or settlement that plaintiff may recover against Third Party Plaintiffs, together with costs. Disbursements, and attorney's fees for this action, plus interest.

C. For such other and further relief as this Court deems just, proper, and equitable.

Dated:      January 17, 2023            KAUFMAN DOLOWICH & VOLUCK LLP

By:   */s/ Allyson K. Thompson*
      Allyson Thompson
      Attorney for Defendants
      EVENT MEDIC NY INC. and JEFF SAPERSTEIN

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES  )

      I am employed in Los Angeles County.  My business address is 11111 Santa Monica Blvd., Suite 850, Los Angeles, CA 90025, where this mailing occurred.  I am over the age of 18 years and am not a party to this cause.  I am readily familiar with the practices of KAUFMAN DOLOWICH & VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

      On January 18, 2023, I served the foregoing document on the interested parties in this action entitled as follows:

**THIRD-PARTY PLAINTIFFS EVENT MEDIC NY INC.'S AND JEFF SAPERSTEIN'S THIRD PARTY COMPLAINT AGAINST CAPRI HOLDINGS LIMITED**

[XX] by placing [ ] the original [X] true copies thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ] (**BY PERSONAL SERVICE**) I caused to be hand delivered such envelope to the addressee so indicated.

[ ] (**BY E-MAIL ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated on the attached list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

[XX] (**BY THE COURT'S ECF SYSTEM**): I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[ ] (**STATE**) I declare under penalty of perjury that the foregoing is true and correct.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2023, at Los Angeles, California.

                                                  */s/ Noemi Bernal*
                                                  Noemi Bernal

# SERVICE LIST
*Esme Munoz vs. Event Medic NY Inc, et al.*
United States Central District Court Case No.: **2:22-cv-02294-SPG-MAA**

| | |
|---|---|
| Brent Ian Rosenzweig, Esq.<br>**LEE & ROSENZWEIG**<br>3580 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90010<br>Tel: (213) 221-4502<br>Fax: (213) 402-6021<br>Email: brent@landrlegal.com | **Attorney for Plaintiff**<br>**ESME MUNOZ** |
| Jong H. Lee, Esq.<br>**LEE & ROSENZWEIG**<br>1300 Eastman Avenue, No. 106<br>Ventura, CA 93003<br>Tel: (805) 253-7740<br>Fax: (213) 402-7021<br>Email: jong@landrlegal.com | |
| Alejandro Gutierrez, Esq.<br>**HATHAWAY LAW FIRM LLP**<br>5450 Telegraph Road, Suite 200<br>Ventura, CA 93003<br>Tel: (805) 644-7111<br>Fax: (805) 644-8296<br>Email:<br>agutierrez@hathawaylawfirm.com | |

THIRD PARTY PLAINTIFFS' THIRD PARTY COMPLAINT AGAINST CAPRI HOLDINGS, LTD.