Alejandro P. Gutierrez, SBN 107688
**2100 Hillcrest Drive**
**Ventura, CA 93001**
**Alex@apgutierrezlaw.com**
**Tel: (805) 477-8373**

Brent Rosenzweig (SBN 219071)
Brent@LandRlegal.com
LEE & ROSENZWEIG
3580 Wilshire Blvd, 17th Floor
Los Angeles, CA 90010
Tel: (213) 221-4502
Fax: (213) 402-6021

Attorneys for Plaintiff
ESME MUNOZ and the Settlement Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESME MUNOZ, an individual and on behalf of all similarly situated individuals,<br><br>          Plaintiff,<br><br>   vs.<br><br>EVENT MEDIC NY INC, JEFF SAPERSTEIN, an individual; and DOES 1-100 inclusive,<br><br>        Defendants. | CASE NO:    2-22-cv-02294-MAA<br>(Magistrate Maria A. Audero)<br><br>**CLASS ACTION**<br><br>**[REVISED ~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>NOTE REVISIONS MADE BY COURT TO INTRODUCTION AND PARAGRAPHS 6 AND 12 |

The Court has received Plaintiff's Unopposed Motion for Preliminary Approval of Class Action and PAGA Settlement (hereinafter referred to as the "Settlement" or "Agreement"), entered into between the Plaintiff and Class Representative for the Putative Class in this matter, on the one hand, and Defendants Event Medic NY Inc. and Jeff Saperstein (collectively "Defendants") and third-party Defendant Capri Holdings Limited ("Capri") on the other hand, and their respective counsel of record.

The Court deems the matter appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

After reviewing the Agreement, and the other documents filed in support of the Plaintiff's Unopposed Motion for Preliminary Approval of Class Action and PAGA Settlement, and having considered the arguments by the respective parties, THE COURT HEREBY ORDERS THE FOLLOWING:

**ORDERS**

1.    The Court hereby grants preliminary approval of the proposed Settlement upon the terms and conditions set forth in the Agreement.  The Court preliminarily finds that the terms of the proposed Settlement are fair, adequate and reasonable, and that they comply with Rule 23(e) of the Federal Rules of Civil Procedure ("FRCP").  The Court hereby adopts and incorporates by this reference the recitals, terms and conditions of the Settlement.

2.    For purposes of the Settlement, the Court conditionally certifies the following class pending final approval of the Settlement:

> All individuals who were classified as independent contractors who worked as EMTs or Covid-19 Screeners of Defendants employed in California at any time during the Class Period.

3.    The Court appoints Alejandro P. Gutierrez of The Law Offices of Alejandro P Gutierrez Inc and Brent Rosenzweig and Jong Lee of Lee & Rosenzweig as Class Counsel.

4.      The Court appoints Named Plaintiff Esme Munoz as Class Representative.

5.      The Court preliminarily finds that the Settlement is the product of serious, informed, non-collusive negotiations conducted at arm's-length by the Parties.  In making these preliminary findings, the Court considered, among other factors, the potential damages claimed in the lawsuit on behalf of Plaintiff and members of the Conditionally Certified Class, Defendants' potential liability, the risks of continued litigation including trial outcome, delay and potential appeals, the substantial benefits available to the Conditionally Certified Class as a result of the Settlement, the Parties' participation in settlement conferences with experienced magistrate judges, and the fact that the proposed Settlement represents a compromise of the Parties' respective positions rather than the result of a finding of liability at trial.  The Court further preliminarily finds that the terms of the Settlement have no obvious deficiencies and do not improperly grant preferential treatment to any individual member of the Conditionally Certified Class.

6.      The Court approves the proposed manner of the notice of Settlement set forth in the Agreement.  The Court also approves the font size and contents (except as indicated below in (a)) of the Notice of Proposed Class Action Settlement attached hereto as <u>Attachment A</u>.

a.  In Paragraph 4 of Section C "WHAT ARE THE IMPORTANT TERMS OF THE PROPOSED SETTLEMENT?," the Notice states: "Employer-side payroll taxes on the Wage Portion shall be calculated by the administrator and are included in the Gross Settlement Amount." Before mailing the Notice, this sentence must be revised to state: "Employer-side payroll taxes on the Wage Portion are not included in the Gross Settlement Amount and, instead, will be paid by Defendants separately from, and in addition to, the Gross Settlement Amount."

///

7.    The Court finds that the proposed manner of the notice of Settlement set forth in the Agreement (and the Notice of Proposed Class Action and PAGA Settlement referenced therein and which the Court approves of) constitutes the best notice practicable under the circumstances and is in full compliance with the United States Constitution and the requirements of due process.  The Court further finds that the notice fully and accurately informs the Certified Class of all material elements of the lawsuit and proposed class action Settlement, and each Certified Class Member's right and opportunity to object to the proposed class action Settlement and be heard at the final approval (fairness) hearing.

8.    The proposed plan for mailing the Notice of Proposed Class Action Settlement and Claim Form by first-class mail to the Certified Class Members' last-known address is an appropriate method, reasonably designed to reach all individuals who would be bound by the Settlement.  There is no alternative method of sending the Notice to the Certified Class that would be more practicable, and any more reasonably likely to notify the Class Members.  The proposed Notice of Proposed Class Action Settlement and the notice plan set forth in the Settlement are the best practicable notice under the facts and circumstances of this case.

9.    The Parties are ordered to carry out the Settlement according to the terms of the Settlement Agreement.

10.    The Court appoints CPT Group, Inc. ("CPT") as the Claims Administrator.  Promptly following entry of this order, CPT will prepare a final version of the Notice of Proposed Class Action and PAGA Settlement, incorporating into it the relevant dates and deadlines set forth in this Order and the Settlement Agreement and will commence the notice process in accordance with the schedule of events set forth below.

///

///

///

| Preliminary Approval Hearing / Order | July 16, 2024 |
|---|---|
| Defendants to provide Class contact information to CPT Group (7 calendar days from entry of order) – Settlement at ¶ 4.2. | July 23, 2024 |
| CPT Group to mail Notice packets (14 calendar days from receipt of information) – Settlement at ¶ 8.4.2. | August 6, 2024 |
| Settlement Class members to possibly opt-out or object (45 calendar days from mailing or 14 days from any re-mailing; assume 59 days maximum) – Settlement at ¶¶ 8.4.4; 8.5.1. | September 20, 2024 October 4, 2024 |
| Motion for final approval due | October 7, 2024 |
| FINAL APPROVAL HEARING (proposed) | November 13, 2024 |

11.    Class Counsel's motion for an award of attorney's fees and costs and the Class Representatives' motion for a service enhancement shall be filed no later than thirty-five (35) calendar days before the final approval (i.e. "final fairness") hearing.

12.    The Court will hold a final fairness hearing on November 13, 2024 at 9:30 a.m., at the Royal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA 90012, Courtroom 880 before the Honorable Maria A. Audero, to consider the fairness, reasonableness and adequacy of the proposed Settlement as well as the award of attorney's fees and costs to Class Counsel and incentive (service) awards to the Class Representatives.  The Court reserves the right to adjourn or continue the final approval (fairness) hearing without further notice to the Certified Class members.

**IT IS SO ORDERED.**

Dated: <u>July 16, 2024</u>    _____
                                Hon. Maria A. Audero
                                U.S. District Court Magistrate Judge