UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-02294-MAA                                  Date:  December 4, 2024

Title    Esme Munoz v. Event Medic NY Inc. et al

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | C/S 12/04/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Brent Ian Rosenzweig | Daniel Barragan |
| Alejandro Pedro Gutierrez | Christopher A Crosman |
| Jong H Lee | |

**Proceedings (In-Person):**          **Final Approval of Class Action and PAGA Settlement
(ECF Nos. 118, 119, 120)**

Case called. Counsel make their appearance on the record.

Before the Court are the Unopposed Motion for Final approval of Class Action  and PAGA Settlement (ECF No. 119) and the Motion for Attorneys' Fees, Costs, and Service Awards (ECF No. 120).

The Court entertains argument from the parties.  Separate orders will issue.

It is so ordered.

**Time in Court:**      0:06

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **1**